| **Income** | 2026 | 2027 | 2028 | 2029 | 2030 | | |
|---|---|---|---|---|---|---|---|
| Debtor Income | 139,000 | 139,000 | 139,000 | 139,000 | 139,000 | Spouse Income 2026-2029 | $114,530.00 |

| **Debtor Expenses** | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|
| Income Tax | $38,000 | $38,000 | $38,000 | $38,000 | $38,000 |
| Housing, including mortgage, repairs, taxes and insurance | $23,850.00 | $23,850.00 | $23,850.00 | $23,850.00 | $23,850.00 |
| Utilities, including electic, heat, gas, water, sewer, garbage, phone, internet, cable. | $4,680.00 | $4,680.00 | $4,800.00 | $4,900.00 | $5,000.00 |
| Food, housekeeping supplies, and personal care products | $5,100.00 | $5,100.00 | $5,300.00 | $5,500.00 | $5,700.00 |
| Clothing Costs | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Gas, vehicle maintance, licens | $3,300.00 | $3,300.00 | $3,500.00 | $3,700.00 | $3,900.00 |
| Entertainment | $3,300.00 | $3,300.00 | $3,400.00 | $3,500.00 | $3,600.00 |
| DEBTOR Life Insurance | $2,808.00 | $2,808.00 | $2,808.00 | $2,808.00 | $2,808.00 |
| DEBTOR Health Insurance | $6,480.00 | $6,480.00 | $7,000.00 | $7,500.00 | $8,000.00 |
| Medical Cost not covered | $1,100.00 | $1,100.00 | $1,600.00 | $2,000.00 | $2,500.00 |
| DEBTOR Vehicle Insurance | $2,724.00 | $2,724.00 | $2,824.00 | $2,924.00 | $3,124.00 |
| DEBTOR Truck loan | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| MDOR Plan Payment | $23,336.50 | $23,336.50 | $23,336.50 | $23,336.50 | $0.00 |
| IRS Plan Payment | $3,240.00 | $3,240.00 | $3,240.00 | $3,240.00 | $0.00 |
| Legal and accounting fees | $7,000.00 | $7,000.00 | $4,000.00 | $4,000.00 | $2,500.00 |
| **Total:** | $138,419 | $138,419 | $137,159 | $138,759 | $112,482 |

**Spouse Expense 2026 - expenses expected to increase slightly each year**

| | |
|---|---|
| Income Tax | $24,500 |
| Housing, including mortgage, repairs, taxes and insurance | $23,850 |
| Utilities, including electic, heat, gas, water, sewer, garbage, phone, internet, cable. | $4,680.00 |
| Food, housekeeping supplies, and personal care products | $5,800.00 |
| Clothing Costs | $650.00 |
| Gas, vehicle maintance, licensing | $3,300.00 |
| Entertainment | $4,000.00 |
| Vehicle Insurance | $1,788.00 |
| Vehicle Loan | $7,524 |
| Life insurance | $384 |
| Spouse Credit Cards | $34,000.00 |
| **TOTAL** | $110,476 |

Exhibit B