UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

John G. Koch,

Debtor.

Case No. 26-40129
Chapter 11

**NOTICE OF CONTINUED CONFIRMATION HEARING**

**NOTICE IS HEREBY GIVEN** that the hearing to confirm the debtor's second modified plan of reorganization under chapter 11 plan (the "Plan") (enclosed) is scheduled on **Wednesday, November 4, 2026 at 10:00 a.m.** in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

An objection to confirmation of the Plan must be made by motion under Local Rule 3020-l(a). Seven days before the hearing on confirmation of the Plan is the last day to timely serve and file an objection.

Seven days before the hearing on confirmation of the Plan is fixed as the last day to timely submit a ballot to accept or reject the plan. Ballots must be submitted to the address provided on the ballot form.

Dated: September 30, 2026

SIELING LAW, PLLC

By: */s/ Mary Sieling*

Mary Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com

Attorney for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No.: 26-40129 |
| John G. Koch. | Chapter 11 Case |
| Debtor. | |

---

## SECOND MODIFIED PLAN OF REORGANIZATION UNDER CHAPTER 11

---

## INTRODUCTION

John G. Koch (the "Debtor") proposes the following Chapter 11 Plan of Reorganization under Chapter 11 (the "Plan") pursuant to the provisions of the Bankruptcy Code.

Prior to voting to accept or reject this Plan, all creditors are encouraged to read and review the Plan in its entirety. **Please read all sections carefully and discuss them with your attorney, as your rights may be affected. If you do not have an attorney, you should consult with one.**

The Debtor strongly encourages all creditors to vote in favor of the Plan. The alternative to confirmation of the Plan, and distribution of the payments required under the Plan, is chapter 7 liquidation, in which creditors will receive less than the projections in this Plan.

## [redacted] Article 1: Defined Terms

### 1.1 Defined Terms in Bankruptcy Code.

The definitions and rules of construction set forth in sections 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Bankruptcy Code are used in this Plan.

### 1.2 Additional Defined Terms.

(1) "Bankruptcy Code" means Title 11 of the United States Code.

(2) "Bankruptcy Rule" means a Federal Rule of Bankruptcy Procedure.

(3) "Chapter 11 Case" means the Debtor's pending case under the Bankruptcy Code, identified in the caption at the top of this Plan.

(4) "Confirmation Date" means the date on which the Confirmation Order is entered.

(5) "Court" means the United States Bankruptcy Court for the District of Minnesota, which properly exercises jurisdiction over the Chapter 11 Case.

(6) "Debtor" means John G. Koch.

(7) "Effective Date" means the first business day following the date that is 14 days after the entry of the Confirmation Order.

(8) "IRS" means the Internal Revenue Service.

(9) "J Group Real Estate" means the property located at 317 Main St South, Stillwater, MN 55082

(10) "Petition Date" means January 14, 2026

**1.3 Exhibits.**

All exhibits to the Plan are hereby incorporated by reference and made part of the Plan. The exhibits to the Plan include the following:

Exhibit A Liquidation Analysis

Exhibit B Cash Flow Projections

## Article 2: Classification of Claims and Interests

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

The following table designates the classes of claims against the Debtor and specifies which of those classes are: (a) impaired or unimpaired by the Plan; and (b) entitled to vote to accept or reject the Plan.

| Class | Designation | Impaired | Entitled to Vote |
|---|---|---|---|
| N/A | Administrative Expenses | No | No |
| N/A | Priority Claims | No | No |
| 1A | Secured Claim – Wells Fargo Bank | No | No |
| 1B | Secured Claim – New Rez, LLC | No | No |
| 2 | Unsecured Claims | Yes | Yes |

## Article 3: Treatment of Administrative Expenses and Priority Claims

Under section 1123(a)(1) of the Bankruptcy Code, Administrative Expense claims and priority tax claims are not in classes and are treated as unclassified claims.

### 3.1 Allowed Administrative Expense Claims.

Except as otherwise provided in this Article, holders of allowed claims specified in section 503 of the Bankruptcy Code, shall: be paid in full as soon as reasonably practical following the later of: (i) the Effective Date; or (ii) the date the claim becomes allowed; or (iii) as agreed by the holder of such claim.

The Debtor believes the only administrative fees include those owed to his bankruptcy attorney and the United States Trustee's Office. The Debtor estimates administrative priority claims for his bankruptcy attorney, Sieling Law, will be approximately $12,000.00 as of the date of confirmation. The Debtor does not owe any accounting fees at this time, but each year of the plan, he will pay $2,500.00 to his accountant for preparation of personal tax returns.

The Debtor estimates that unpaid fees owed to the United States Trustee's office will be less than $1,000 as of the date of confirmation. All such fees and expenses will be paid on the Effective Date from Debtor' income. Debtor shall continue to pay those fees authorized and assessed or otherwise payable, following confirmation until such time as this Chapter 11 case is closed, dismissed or converted.

### 3.2 Priority Claims.

**Pre-petition Tax Claims**: The Minnesota Department of Revenue filed two proof of claims claiming a total priority amount of $93,346. Such priority taxes will be paid in full with interest at a rate of eight percent, payable monthly in the amount of $1,945, commencing one month after the confirmation date and continuing for 48 months thereafter or until paid in full, whichever is sooner.

The IRS filed a proof claim claiming a priority amount of $20,761.21 taxes. Such priority taxes will be paid in full with interest at a rate of eight percent, payable monthly in the amount of $480.00, commencing one month after the confirmation date and continuing for 48 months thereafter or until paid in full, whichever is sooner.

The pre-petition priority tax owed by the Debtor is nondischargeable pursuant to 11 U.S.C. §§ 523(a) and 1192(2). To the extent the Minnesota Department of Revenue and the IRS claim penalties or nonpriority taxes; such portions will be treated as a Class 2 claim, general unsecured claims.

All other allowed claims not specifically treated in this Section and entitled to priority under section 507(a) of the Bankruptcy Code shall be paid in full in cash as soon as practicable following the later of: (a) the Effective Date, (b) the due date, or (c) the date on which such claims are allowed.

## [redacted] Article 4: Treatment of Classified Claims

**Class 1A- Secured Claim – Wells Fargo Bank.**

Class 1 consists of the secured claim of Wells Fargo Bank, N.A., doing business as Wells Fargo Auto, secured by a lien on the Debtor's 2024 Chevrolet Silverado 1500. Wells Fargo filed a proof of claim for a secured debt of $50,805.86, plus interest at a rate of 8.79%. The Debtor will continue to timely pay Wells Fargo $1,100.94 per month pursuant to the agreement until the secured claim, with interest, is paid in full. Wells Fargo shall retain its lien on the vehicle with the same priority, dignity, and effect as its pre-petition lien until the secured claim is fully paid. After Wells Fargo receives the payment pursuant to this article, it shall execute a release of its lien.

**Class 1B – Secured Claim NewRez, LLC**

Class 1 consists of the Allowed fully secured claim of NewRez, secured by a mortgage on the property located at 786 Country Lakes Drive, Circle Pines, Minnesota 55014. The current balance on the mortgage loan is approximately $183,855.97. The Debtor's Plan shall not modify or alter NewRez's legal, contractual or equitable rights under the Loan documents and Debtor and/or Debtor's spouse will continue to timely pay NewRez the regular monthly payment pursuant to the pre-petition agreement until the secured claim is paid in full. NewRez shall retain its mortgage lien on the property with the same priority, dignity, and effect as its pre-petition mortgage lien until the secured claim is fully paid. The current total contractual arrears on New Rez's claim in the amount of $1,825.00 shall be cured on or before the Effective Date of the Plan, or as agreed to between the Debtor and NewRez.

**Class 2: General Unsecured Claims.**

Class 2 consists of all allowed unsecured claims against the Debtor that are not entitled to priority and are not classified elsewhere in this Plan. Pursuant to the bankruptcy schedules and the filed proofs of claim, the Debtor believes the general unsecured claims total approximately $5,847,961.00. However, a considerable amount of debt that is co-owed by Syagrus Systems will be paid through the Syagrus System's plan of reorganization.

The J Group Real Estate is currently listed for sale. The Debtor owns 90% of J Group. The Debtor's share of the net proceeds from the sale of the J Group Real Estate, (after the mortgage, real estate taxes, commissions, and other J Group debt is paid as set forth in the Disclosure Statement) will be paid to Holders of allowed Class 2 claims. Class 2 claims shall receive their pro rata share of such net proceeds. As an example, if the property sells at the current listing price of $2,900,000.00, an estimated amount of $719,462 will be paid to Class 2 claims. The final sale price of the J Group Real Estate is unknown. If the price drops below $2,000,000.00, it is unlikely that there will be net proceeds to pay Class 2. If the sale results in a distribution to unsecured creditors that is less than $170,000.00, the Debtor will pay any difference up to $170,000 to be dispersed pro rate to Class 2 by October 1, 2028. The source of such funds will be

from a loan or possible refinance of the Homestead or other source, subject to court approval as necessary.

In addition, in August 2030, Class 2 will receive a pro rata share of $20,000.00, paid from the Debtor's disposable income that year. A total distribution of $190,000.00 to Class 2 results in 3-5% distribution on Class 2 claims, which will only increase if net proceeds from the sale of the J Group property are available to pay Class 2.

Finally, all income tax refunds received by the Debtor between 2026 and 2030 will be paid pro rata to Class 2 Claims.

Nothing contained in this Plan shall restrict the Debtor from objecting to, contesting, or seeking to avoid a Class 2 claim as permitted under the Bankruptcy Code or otherwise applicable law. The payments to the holder of the Class 2 claims pursuant to this article shall be in exchange for, and in full satisfaction, settlement and release of the Class 2 claims.

## [redacted] Article 5: Distributions, Implantation and Effect of Confirmed Plan

### 5.1 Payments under the Plan.

Payments under this Plan shall be made by the Debtor, (or Debtor spouse as may be applicable by check (mailed with first class postage pre-paid), ACH, or wire transfer to the holder of each claim. If made by check, payments shall be mailed to the claim holder at the address listed on its proof of claim as of the Confirmation Date, or if no proof of claim has been filed by the Confirmation Date, to the address listed on the Schedules. Holders of allowed claims as of the Confirmation Date may contact the Debtor to amend their addresses or bank account information at:

John Koch
786 Country Lake Drive
Lino Lakes, MN 55014

### 5.2 Delay of Distribution on Contested Claims.

No distribution will be made on account of a Contested Claim unless such claim is allowed by a final non-appealable order.

### 5.3 Title to and Vesting of Assets.

All property of the Debtor and the estate is dealt with by this Plan; therefore, on the Effective Date, to the full extent authorized by section 1141(b) of the Bankruptcy Code, all property of the Debtor and the estate vests in the Debtor and such property is free and clear of all liens, encumbrances, claims, and interests of creditors, including any notices of *lis pendens*, except to the extent the Plan explicitly provides that such liens, encumbrances, claims, or interests are retained.

**5.4 Preservation and Settlement of Causes of Action.**

In accordance with section 1123(b)(3) of the Bankruptcy Code and except as otherwise provided in this Plan, the Debtor shall retain all causes of action, including without limitation causes of action that may exist under sections 542, 544 through 550 and 558 of the Bankruptcy Code or under similar state laws (collectively, the "Retained Actions"). The Debtor does not believe there are any viable actions at this time; however, should the Debtor recover any sums of money on a cause of action under the bankruptcy code, such funds will be disbursed pro-rata to unsecured creditors.

**5.5 Waiver and Release**

Confirmation of the Plan shall constitute a complete waiver and release of all claims of all creditors against the Debtor except as provided for in the Plan, and to the extent authorized by 11 U.S.C. §1141. Confirmation of the Plan will bind creditors to accept payments provided for in the Plan; and will oblige the Debtor to make payments to creditors as provided for in the Plan.

Creditors holding judgments against the Debtor on account of or with respect pre-petition claims shall not take any action to enforce such judgments.

## Article 6: General Provisions

**6.1 Severability.**

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**6.2 Binding Effect.**

The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

Respectfully Submitted,

Dated: September 30, 2026

*s/ John G. Koch*
John G. Koch

SIELING LAW, PLLC

By: *s/ Mary F. Sieling*
Mary F. Sieling, (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191 Email: mary@sielinglaw.com

*Attorney for the Debtor*

**John Koch**
**Liquidation Analysis**

| Asset | Gross Value | Total Secured Debt | Exemption | Net Equity to Ch 7 Estate |
|---|---|---|---|---|
| 786 Country Lake Dr, Lino Lakes, MN | $620,000.00 | $205,870.76 | $510,000 | $0.00 |
| 2024 Chevy Silverado 1500 | $48,000 | $50,805.86 | $10,000.00 | $0.00 |
| 2017 Utility trailer | $1,000 | 0 | $0.00 | $1,000 |
| Household goods furnishing, electronics, and tools | $3,400 | 0 | $3,400 | $0 |
| Shotgun | $100 | 0 | $0.00 | $100 |
| Rolex watch | $8,000 | 0 | $8,000 | $0 |
| Clothing | $1,000 | 0 | $1,000 | $0 |
| Cash and bank deposits | $238 | 0 | $238.00 | $0 |
| Xcel Energy Stock | $1,192 | 0 | $1,003 | $189 |
| Shares of other companies | $0 | 0 | $0 | $0 |
| Share and equity in J Group real estate | $70,000 | 0 | $0 | $70,000 |
| Equitable financial life insurance policy | $3,173 | 0 | $3,173 | $0 |
| Term Life Insurance Policy | $0.00 | 0 | $0.00 | $0.00 |
| Total: | | | | $71,289.00 |

**Chapter 7 Distribution**

| | |
|---|---|
| Chapter 7 and Chapter 11 Admin Claims (estimate) | $24,000 |
| State of Minnesota (claim of $93,346.00) | $40,480 (pro rata priority) |
| Internal Revenue Service (claim of $11,906.46) | $5,520 (pro rata priority) |
| Unsecured Creditors | $0.00 |

| **Income** | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|
| Debtor Income | 139,000 | 139,000 | 139,000 | 139,000 | 139,000 |

Spouse Income 2026-2029 $114,530.00

**Debtor Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Income Tax | $38,000 | $38,000 | $38,000 | $38,000 | $38,000 |
| Housing, including mortgage, repairs, taxes and insurance | $23,850.00 | $23,850.00 | $23,850.00 | $23,850.00 | $23,850.00 |
| Utilities, including electic, heat, gas, water, sewer, garbage, phone, internet, cable. | $4,680.00 | $4,680.00 | $4,800.00 | $4,900.00 | $5,000.00 |
| Food, housekeeping supplies, and personal care products | $5,100.00 | $5,100.00 | $5,300.00 | $5,500.00 | $5,700.00 |
| Clothing Costs | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Gas, vehicle maintance, licen | $3,300.00 | $3,300.00 | $3,500.00 | $3,700.00 | $3,900.00 |
| Entertainment | $3,300.00 | $3,300.00 | $3,400.00 | $3,500.00 | $3,600.00 |
| DEBTOR Life Insurance | $2,808.00 | $2,808.00 | $2,808.00 | $2,808.00 | $2,808.00 |
| DEBTOR Health Insurance | $6,480.00 | $6,480.00 | $7,000.00 | $7,500.00 | $8,000.00 |
| | | | | | |
| Medical Cost not covered | $1,100.00 | $1,100.00 | $1,600.00 | $2,000.00 | $2,500.00 |
| DEBTOR Vehicle Insurance | $2,724.00 | $2,724.00 | $2,824.00 | $2,924.00 | $3,124.00 |
| DEBTOR Truck loan | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| MDOR Plan Payment | $23,336.50 | $23,336.50 | $23,336.50 | $23,336.50 | $0.00 |
| IRS Plan Payment | $3,240.00 | $3,240.00 | $3,240.00 | $3,240.00 | $0.00 |
| Legal and accounting fees | $7,000.00 | $7,000.00 | $4,000.00 | $4,000.00 | $2,500.00 |
| | | | | | |
| **Total:** | $138,419 | $138,419 | $137,159 | $138,759 | $112,482 |

**Spouse Expense 2026 - expenses expected to increase slightly each year**

| | |
|---|---|
| Income Tax | $24,500 |
| Housing, including mortgage, repairs, taxes and insurance | $23,850 |
| Utilities, including electic, heat, gas, water, sewer, garbage, phone, internet, cable. | $4,680.00 |
| Food, housekeeping supplies, and personal care products | $5,800.00 |
| Clothing Costs | $650.00 |
| Gas, vehicle maintance, licensing | $3,300.00 |
| Entertainment | $4,000.00 |
| Vehicle Insurance | $1,788.00 |
| Vehicle Loan | $7,524 |
| Life insurance | $384 |
| Spouse Credit Cards | $34,000.00 |
| **TOTAL** | $110,476 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:
JOHN G KOCH

CASE NO: 26-40129

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 9/30/2026, I did cause a copy of the following documents, described below,

Second Modified Disclosure Statement

Second Modified Plan and Exhibit A and B

Notice of Continued Confirmation Hearing

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2026

/s/ Mary Sieling
Mary Sieling 0389893

Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

JOHN G KOCH

CASE NO: 26-40129

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 9/30/2026, a copy of the following documents, described below,

Second Modified Disclosure Statement

Second Modified Plan and Exhibit A and B

Notice of Continued Confirmation Hearing

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-40129
DISTRICT OF MINNESOTA
WED SEP 30 8-32-16 PST 2026

CARLSON CONSULTING AND ACCOUNTING
7300 147TH ST W
SUITE 200
APPLE VALLEY MN 55124-7541

NEWREZ LLC
WILFORD GESKE COOK PA
7616 CURRELL BLVD STE 200
WOODBURY MN 55125-2296

NORTH STAR BANK
1820 LEXINGTON AVENUE NORTH
ROSEVILLE MN 55113-6194

SECURITY BANK MINNESOTA
805 MAIN ST N
AUSTIN MN 55912-3331

~~EXCLUDE~~
~~SIEBLING LAW PLLC~~
~~12800 WHITEWATER DRIVE~~
~~NO 3201~~
~~MINNETONKA MN 55343-9441~~

STAR BANK
250 PRAIRIE CENTER DRIVE
EDEN PRAIRIE MN 55344-7819

~~EXCLUDE~~
~~MINNEAPOLIS~~
~~301 DIANA E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

ANDREW A GREEN
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

ATTORNEY GENERAL OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

AUBREY THRASHER
ATTORNEY AT LAW
3050 PEACHTREE RD NW STE 240
ATLANTA GA 30305-2212

BEST EGG
ATTN OFFICER
PO BOX 42912
PHILADELPHIA PA 19101-2912

BITTY ADVANCE
ATTN OFFICER
1855 GRIFFIN RD STE A 474
DANIA FL 33004-2241

BITTY ADVANCE 2 LLC
1855 GRIFFIN ROAD A474
1855 GRIFFIN ROAD A-474
DANIA BEAH FL 33004-2241

BORIS YANKOVICH
1 WORLD TRADE CENTER STE 8500
NEW YORK NY 10007-0089

BREUER LAW PLLC
STEPHEN BREUER ESQ
6501 CONGRESS AVE STE 240
BOCA RATON FL 33487-2840

CAPITAL ONE
ATTN OFFICER
1680 CAPITAL ONE DR
MC LEAN VA 22102-3407

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CHASE CREDIT CARD
ATTN OFFICER
PO BOX 6294
CAROL STREAM IL 60197-6294

CLEARFUND SOLUTIONS LLC
ATTN OFFICER
99 WALL STREET STE 2613
NEW YORK NY 10005-4301

COBALT FUNDING SOLUTIONS LLC
ATTN OFFICER
99 WALL STREET STE 10005-4301

CROWN BANK
ATTN OFFICER
6600 FRANCE AVE S ST 125
55435

DAVID FOGEL PC
ATTN DAVID FOGEL
1225 FRANKLIN AVE STE 201
GARDEN CITY NY 11530-1890

DOCK CAFE CORPORATION
ATTN OFFICER
409 NELSON ST E
STILLWATER MN 55082-5164

FINTEGRA LLC
ATTN OFFICER
99 WALL STREET STE 686
NEW YORK NY 10005-4301

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

FUNDING METRICS
ATTN OFFICER
3200 TILLMAN DR STE 200
BENSALEM PA 19020

HALPERN COTTRELL GREEN PA
ATTN WILLIAM COTTRELL
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

HEIDI BERCZYK
3644 35TH AVE S
MINNEAPOLIS MN 55406-2745

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP MORGAN CHASE
ATTN OFFICER
270 PARK AVE
NEW YORK NY 10017-2014

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

KOCH COMPANIES INC
4370 W ROUND LAKE RD
SAINT PAUL MN 55112-3923

KOLLIS LAW PLLC
ATTN EVRIDIKE KOLLIS
222 W 37TH ST 9TH FL
NEW YORK NY 10018-9144

LEPORE LAW GROUP
ATTN OFFICER
370 LEXINGTON AVE
NEW YORK NY 10017-6503

LOAN BUILDER
ATTN OFFICER
2211 NORTH FIRST ST
SAN JOSE CA 95131-2021

LUMINARX SKYFI HOLDINGS 2024 TRUST
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MJB LAW FIRM PLLC
ATTN MATTHEW BIALICK
3701 SHORELINE DR STE 200A
WAYZATA MN 55391-4006

MICHELLE CHESEBRO
332 S MICHIGAN SUITE 600
CHICAGO IL 60604-4318

MINNESOTA DEPARTMENT OF LABOR
443 LAFAYETTE RD
SAINT PAUL MN 55155-4300

MINNESOTA REVENUE
ATTN COLLECTIONS DIVISION
600 N ROBERT ST
SAINT PAUL MN 55146-0010

NEWREZ
ATTN OFFICER
PO BOX 10826
GREENVILLE SC 29603-0826

NEWREZ LLC
PO BOX 10826
GREENVILLE SC 29603-0826

NORTHSTAR BANK
ATTN OFFICER
1820 LEXINGTON AVE N
ROSEVILLE MN 55113-6194

ODK CAPITAL LLC
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

ODK CAPITAL LLC
4700 W DAYBREAK PKWY STE 200
SOUTH JORDAN UT 84009-5133

ODK CAPITAL LLC
ATTN OFFICER OR MANAGING AGENT
4700 W DAYBREAK PKWY 200
SOUTH JORDAN UT 84009-5133

RAPID FINANCE
ATTN OFFICER
4500 EAST WEST HIGHWAY 6TH FL
BETHESDA MD 20814-3327

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SAMSON FUNDING
ATTN OFFICER
17 STATE STREET
NEW YORK NY 10004-1501

SEAMLESS FUNDING LLC
ATTN OFFICER
3600 ROUTE 66 STE 150
NEPTUNE NJ 07753-2645

SECURITY BANK
ATTN OFFICER
PO BOX 891 437 BRIDGE AVE
ALBERT LEA MN 56007-0891

SECURITY BANK MINNESOTA
437 BRIDGE AVENUE
ALBERT LEA MN 56007-2954

SELECT PORTFOLIO SERVICING
ATTN OFFICER
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416-0002

SMART BUSINESS
ATTN OFFICER
20515 NE 22ND AVE
MIAMI FL 33180-1301

SMART BUSINESS
CO BREUER LAW PLLC
6501 CONGRESS AVE STE 240
BOCA RATON FL 33487-2840

SOFI BANK NA
ATTN OFFICER
2750 E COTTONWOOD PARKWAY ST 300
SALT LAKE CITY UT 84121

SPANGLER AND DE STEFANO
ATTN PERRY DE STEFANO
962 ST CLAIR AVE
SAINT PAUL MN 55105-3214

STAR BANK
ATTN OFFICER
250 PRAIRIE CENTER DR
EDEN PRAIRIE MN 55344-7819

STATIC ADVANCE
ATTN OFFICER
17 STATE ST STE 4000
NEW YORK NY 10004-1501

STILLWATER HOLDINGS LLC
4370 W ROUND LAKE RD
SAINT PAUL MN 55112-3923

SYAGRUS SYSTEMS LLC
4370 W ROUND LAKE RD
SAINT PAUL MN 55112-3923

THE CITRUS GROUP LLC
ATTN OFFICER
5014 16TH AVE STE 124
BROOKLYN NY 11204-1482

THE HOME DEPOT INC
ATTN OFFICER
2455 PACES FERRY RD NW
ATLANTA GA 30339

THE KLEIN LAW FIRM LLC
ATTN YEHUDA KLEIN
1820 SWARTHMORE AVE 714
LAKEWOOD NJ 08701-8430

THORO CORP
ATTN OFFICER
800 SE 4TH AVE STE 601
HALLANDALE BEACH FL 33009-6494

US ATTORNEY DISTRICT OF MN
300 S 4TH ST 600
MINNEAPOLIS MN 55415-2200

(P)U S SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

~~EXCLUDE~~

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

WEB RESTAURANT STORE
ATTN OFFICER
11 INDUSTRIAL CIR
LANCHASTER PA 17601-5927

WELLS FARGO BANK
ATTN OFFICER
420 MONTGOMERY ST
SAN FRANCISCO CA 94104-1298

WELLS FARGO BANK NA DBA WELLS FARGO AU
PO BOX 169005
IRVING TX 75016-9005

DEBTOR

JOHN G KOCH
786 COUNTRY LAKE DRIVE
LINO LAKES MN 55014-5488

~~EXCLUDE~~

~~MARY SIELING~~
~~SIELING LAW PLLC~~
~~SIELING LAW PLLC~~
~~12000 WHITEWATER DR~~
~~STE 100 3201~~
~~MINNETONKA MN 55343-9347~~