UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

John G. Koch,

Debtor.

CHAPTER 11 CASE

Case No. 26-40129

ORDER AND NOTICE CONFIRMING PLAN AND FIXING TIME LIMITS

This case came before the court for confirmation of the chapter 11 plan of reorganization [Doc 92] filed by Debtor, its proponent. An objection was filed by Star Bank [Doc 94]. Appearances are noted on the record. Having now been determined, after hearing on notice, that the Debtor's burden has been met and the requirements for confirmation set forth in 11 U.S.C § 1129 have been satisfied,

IT IS ORDERED:

1. CONFIRMATION OF PLAN. The plan filed by Debtor on September 30, 2026, and dated September 30, 2026, is confirmed.

2. PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES. All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person employed under 11 U.S.C. § 327, shall be made as provided in 11 U.S.C. § 330(a), Fed. R. Bankr. P. 2016 and 9013(a)(1), and Local Rule 2016-1(a), and shall be served and filed within 30 days after the date of this order.

3. OTHER ADMINISTRATIVE EXPENSES. All requests other than professional fees, as provided above, shall be made by motion.

4. OTHER PROCEEDINGS. All other motions, applications, or complaints shall be filed within 60 days after the date of this order. Any time limit provided in this order may be extended or waived by the Court for cause after notice and a hearing. Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5. MAILING OF NOTICE. The Clerk shall provide this order to the entities specified in Fed. R. Bankr. P. 2002(f)(1)(H)) and the entities identified in Local Rule 9013-2(b)(2). The Debtor shall forthwith mail copies of this order as notice thereof to all equity security holders of the Debtor.

Dated: *November 6, 2026*

*s/ Katherine A. Constantine*

UNITED STATES BANKRUPTCY JUDGE